```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiffs
 5
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE GRAPHIC ARTS INDUSTRIES HEALTH CARE TRUST AND SAN FRANCISCO LITHOGRAPHERS PENSION TRUST; LEE LAHTINEN, TRUSTEE,<br><br>        Plaintiffs,<br><br>  vs.<br><br>SOLZER & HAIL, INC., a California corporation<br><br>        Defendant. | NO.  C 05 3685 EMC<br><br>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

IT IS ORDERED that the Case Management Conference in this case set for January 11, 2006 be continued to April 12, 2006 at 1:30 p.m. in Courtroom No. C, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: January 9, 2006

_____
Mag. Judge Edward M. Chen

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE