```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
NORTHWEST ADMINISTRATORS, INC.,   )   NO. C 05 3685 EMC
                                  )
              Plaintiff,          )
                                  )   PROPOSED ORDER TO CONTINUE
       vs.                        )   CASE MANAGEMENT CONFERENCE
                                  )
                                  )
SOLZER & HAIL, INC., a California )
corporation                       )
                                  )
              Defendant.          )
_____)
```

IT IS ORDERED that the Case Management Conference in this case originally set for July 19, 2006 be continued to August ~~16~~ 30, 2006 at 2:30 p.m. in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA. Joint Case Management Statement due August 23, 2006.

Dated: ____July 18, 2006____       _____
                                    Honorable Edward M. Chen

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE            1