```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs.  ) <br> ) <br> ) <br> SOLZER & HAIL, INC., a California ) <br> corporation ) <br> ) <br> Defendant. ) <br> _____) | NO. C 05 3685 EMC <br><br> **AMENDED** <br> ~~PROPOSED~~ ORDER TO CONTINUE <br> <u>CASE MANAGEMENT CONFERENCE</u> |

IT IS ORDERED that the Case Management Conference in this case originally set for July 19, 2006 be continued to August ~~16~~ 9, 2006 at 2:30 p.m. in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA. Joint Case managment conference statement shall be filed by August 2, 2006.

Dated: July 18, 2006                        _____
                                            Honorable Edward M. Chen

*IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen*

PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE         1