```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE GRAPHIC ARTS INDUSTRIES, et al.,<br>           Plaintiffs,<br>vs.<br>SOLZER & HAIL, INC., etc.,<br>           Defendant. | NO. C 05 3685 EMC<br><br>STIPULATION FOR <u>DISMISSAL; ORDER</u> |

It is hereby stipulated between the parties that the above entitled action be dismissed with prejudice.

```
Dated: December 14, 2006      ERSKINE & TULLEY


                              By:   /s/ Michael J. Carroll
                                    Michael J. Carroll
                                    Attorneys for Plaintiffs


Dated: December 14, 2006      TOBIN & TOBIN


                              By:   /s/ John P. Christian
                                    John P. Christian
                                    Attorney for Defendant
```

STIPULATION FOR DISMISSAL; ORDER

1

O R D E R

It is so ordered.

Dated: 1/3/07

_____
Honorable [Judge Edward M. Chen]

**IT IS SO ORDERED**
Judge Edward M. Chen

STIPULATION FOR DISMISSAL; ORDER
2